IN IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY BURNETTE,<br>          Plaintiff,<br><br>     v.<br><br>CITY OF PHILADELPHIA,<br>COMMONWEALTH OF<br>PENNSVYLANIA DEPARTMENT OF<br>TRANSPORTATION,  and<br>SOUTHEASTERN TRANSPORTATION<br>AUTHORITY,<br>          Defendants. | CIVIL ACTION NO. 13-0288 |

## ORDER

AND NOW, this  5ᵗʰ   day of April, 2013, upon careful consideration of the parties'

briefing, and for the reasons discussed in the accompanying Memorandum of Law, it is hereby

ORDERED that Defendants' Motions to Dismiss (ECF 8, 10 & 11) are GRANTED, insofar as

Count I of the Second Amended Complaint (ECF 7) is DISMISSED.  Plaintiff's state law claims,

set forth in Counts II, III and IV of the Second Amended Complaint, are remanded to the

Philadelphia Court of Common Pleas.  The Court of Clerk shall close this case.


                         BY THE COURT:

                         /s/ Michael M. Baylson

                         _____
                         Michael M. Baylson, U.S.D.J.


O:\SARA\BURNETTE V. CITY OF PHILA\ORDER MOTION TO DISMISS.DOCX